UNITED STATES *v.* SANTOS ET AL.

No. 861. Decided February 24, 1970*

*Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States in both cases.

*Julius Lucius Echeles* for respondent Santos in No. 861. *Maurice J. Walsh* and *Carl M. Walsh* for respondent in No. 873.

PER CURIAM.

The motion of respondent Ward, for leave to proceed *in forma pauperis* in No. 861, is granted.

The petitions for writs of certiorari are granted, the judgments are vacated and the cases are remanded to the United States Court of Appeals for the Seventh Circuit for further consideration in light of *Buie* v. *United States,* 396 U. S. 87.

---

*Together with No. 873, *United States* v. *Perlman,* also on petition for writ of certiorari to the same court.